IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **GE OIL & GAS PRESSURE CONTROL LP (FORMERLY KNOWN AS WOOD GROUP PRESSURE CONTROL, LP)** | § § § § | |
| Plaintiff, | § § | Case No. 3:17-cv-00367 |
| vs. | § § | |
| **ACE AMERICAN INSURANCE COMPANY** | § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff GE Oil & Gas Pressure Control LP (formerly known as Wood Group Pressure Control, LP) ("GEOG") and Defendant ACE American Insurance Company ("ACE") advise the Court that:

1. GEOG and ACE have agreed to a settlement in principle.

2. The parties request that this Court enter an order staying all remaining deadlines so that the parties can finalize their settlement agreement.

3. The parties intend to file a dismissal of this action with prejudice following the finalization of the settlement agreement.

Respectfully submitted,

*/s/ Julie Hardin*
Julie Hardin
*(Attorney-in-Charge)*
State Bar No. 24013613
Federal Bar No. 26459
J. James Cooper
State Bar. No. 04780010
Federal Bar No. 2881
REED SMITH LLP
811 Main, Suite 1700
Houston, Texas  77002
Telephone:  (713) 469-3800
Facsimile:  (713) 469-3899
jhardin@reedsmith.com
jcooper@reedsmith.com

**COUNSEL FOR PLAINTIFF GE OIL & GAS PRESSURE CONTROL LP**

*/s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
Attorney-in-Charge
State Bar No. 00797732
S.D. Texas I.D. No. 25915
Bryan Vezey
State Bar No. 00788583
S.D. Texas I.D. No. 19217
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
E-mail: jziemianski@cozen.com
E-mail: bvezey@cozen.com

**COUNSEL FOR DEFENDANT ACE AMERICAN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2018, a true and correct copy of the above and foregoing has been served in compliance with the Federal Rules of Civil Procedure.

*/s/ J. James Cooper*
J. James Cooper